## Thomas J. CONNER, Collector of Internal Revenue, v. Stanley F. HUTCHINSON, Heber H. Hutchinson, Partners d. b. a. Hutchinson Bros. Leather Co.

### No. 8053.

Circuit Court of Appeals, Sixth Circuit.
June 29, 1938.

Francis C. Canny, of Cincinnati, Ohio, for appellant.

Sol Goodman, of Cincinnati, Ohio, for appellees.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing to the court that an agreed motion to docket and dismiss appeal has been filed, accompanied by certificate of the Clerk of the District Court as provided by Rule 18; on consideration whereof, it is ordered that the appeal be and the

998

same is docketed and dismissed, the costs to be charged against the Government as constructive earnings.